**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| C.T., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2093-JWL |
| | ) | |
| LIBERAL SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| G.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2360-JWL |
| | ) | |
| LIBERAL SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| J.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2359-JWL |
| | ) | |
| LIBERAL SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This matter come before the court upon defendants Liberal Amateur Wrestling Club, Inc. and United States of America Wrestling Association - Kansas Inc., Motion for Extension of Time to

Respond to Plaintiff's Complaint (Doc. 8) in Case No. 06-2360.[1] The court has contacted plaintiffs' counsel and they do not oppose the present motion.

Defendants request that they be granted up to and including November 17, 2006 to file a responsive pleading. Defendants are unclear as to when service occurred. Thus, out of "an abundance of caution, the undersigned requests that this Court allow the above-stated defendants three weeks to file a responsive pleading . . . in the event it is determine that a responsive pleading is now due."[2] Accordingly and for good cause shown,

IT IS THEREFORE ORDERED that defendants Liberal Amateur Wrestling Club, Inc. and United States of America Wrestling Association - Kansas Inc., Motion for Extension of Time to Respond to Plaintiff's Complaint (Doc. 8) in Case No. 06-2360 is granted. Defendants have up to and including **November 17, 2006** to file any responsive pleading.

**IT IS SO ORDERED.**

Dated this  31st  day of October, 2006, at Topeka, Kansas.

 s/ K. Gary Sebelius 
K. Gary Sebelius
U.S. Magistrate Judge

---

[1] The court reminds all parties, that pursuant to this court's order granting consolodation for the purposes of discovery (Doc. 24)that Case No. 06-2093-JWL shall be designated as the lead case and all future filings in the consolidated action shall be made only in Case No. 06-2093-JWL until further order. Further, the parties are reminded that a telephone scheduling conference is set for November 27, 2006 at 1:30 p.m. Plaintiff's counsel shall, by November 13, 2006, submit to the undersigned's chambers an updated Report of Parties' Planning Meeting.

[2] (Doc. 8) at p. 2.