**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| C.T., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2093-JWL |
| | ) | |
| LIBERAL SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| G.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2360-JWL |
| | ) | |
| LIBERAL SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| J.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2359-JWL |
| | ) | |
| LIBERAL SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

This matter comes before the court upon plaintiffs' Motion for Protective Order Regarding

Depositions. (Doc. 51).  The court finds further briefing on this issue unnecessary.

Defendants Gary Cornelson, David Webb, Tom Scott, Mike Pewthers and James Masksus

filed notice for the depositions of plaintiffs and plaintiffs' family members to take place on Monday

January 22, 2007 in Liberal, Kansas.  Due to inclement weather, plaintiffs' counsel were unable to

travel from Kansas City, where they reside, to Liberal, Kansas.  Consequently, plaintiffs filed the

present motion, seeking a one day extension of the scheduled depositions of plaintiffs and plaintiffs'

family members.   Accordingly, and for good cause shown,

IT IS THEREFORE ORDERED that plaintiff's Motion for a Protective Order Regarding

Depositions (Doc. 51) is granted.  Plaintiffs and plaintiffs' family members are not required to attend

their January 22, 2007 scheduled depositions, and such depositions are postponed by one day,

January 23, 2007.

**IT IS SO ORDERED.**

Dated this 22d  day of January, 2007, at Topeka, Kansas.

    s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge

2