## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| C.T., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2093-JWL |
| | ) | |
| LIBERAL SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| G.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2360-JWL |
| | ) | |
| LIBERAL SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| J.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2359-JWL |
| | ) | |
| LIBERAL SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### **ORDER**

This matter comes before the court upon plaintiff's Motion for Protective Order Regarding Witness Deposition (Doc. 128). Plaintiffs' counsel has contacted the court and informed that the issues raised in their motion have been resolved. Accordingly,

IT IS THEREFORE ORDERED Motion for Protective Order Regarding Witness Deposition (Doc. 128) is denied as moot.

IT IS SO ORDERED.

Dated this  24th  day of May, 2007, at Topeka, Kansas.

                                         s/ K. Gary Sebelius
                                        K. Gary Sebelius
                                        United States Magistrate Judge